AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Central District of California

FILED
CLERK, U.S. DISTRICT COURT

APR 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| JACOB LEE | Case No. CR 15-215-LAL (CC77-FASL001K) |
|  | USM No. |
|  | ANDRE TOWNSEND, DFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 21 USC 844 | POSSESSION OF CONTROLLED SUBSTANCE (MARIJUANA) - | 02/13/2015 | 1 |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| Total: $150.00 | Assessment $ 25.00 | Fine $ 100.00 | Processing Fee: $25.00 |
| --- | --- | --- | --- |

Last Four Digits of Defendant's Soc. Sec. No.: 9999

Defendant's Year of Birth: 1996

City and State of Defendant's Residence:
VENTURA, CA

04/17/2015
Date of Imposition of Judgment

*Louise A. La Mothe* (signature)
Signature of Judge

LOUISE A. LA MOTHE    US MAGISTRATE
Name and Title of Judge

04/17/2015
Date